IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUL -6 PM 3: 57
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
      DEPUTY

| | |
|---|---|
| J.D. B/N/F LUKE AND MENDY DEGELIA, § § | |
| PLAINTIFFS, § § | |
| V. § | CAUSE NO. A-10-CV-717-LY |
| § § | |
| GEORGETOWN INDEPENDENT SCHOOL DISTRICT, § § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On September 14, 2011, the court granted Defendants' motion to dismiss as to all but two claims asserted against Defendants (Doc. #35). On November 17, 2011, Plaintiffs filed their First Amended Complaint (Doc. #42), in which Plaintiffs abandoned their remaining claim against one Defendant, asserting one remaining claim against Defendant Georgetown Independent School District.

On this same date, this court signed an order denying Plaintiffs' motion for summary judgment against Defendant Georgetown Independent School District and granting Defendant Georgetown Independent School District's motion for summary judgment. Accordingly, the court renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that Plaintiffs Plaintiffs Luke and Mendy Degelia, as next friends of J.D., a minor, shall **TAKE NOTHING** on their claims against Defendant Georgetown Independent School District.

**IT IS FURTHER ORDERED** that Defendant Georgetown Independent School District is awarded costs.

**IT IS FINALLY ORDERED** that this cause is **CLOSED**.

SIGNED this ____ day of July, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE