UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| J.D. b/n/f LUKE and MENDY DEGELIA, <br> Plaintiffs, <br><br> v. <br><br> GEORGETOWN ISD, et al. <br> Defendants. | § <br> § <br> § <br> §   CIVIL ACTION NO. A-10-CA-00717-LY <br> § <br> § <br> § |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF BILL OF COSTS**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COMES Defendant Georgetown Independent School District, by and through counsel, and files this Affidavit of Counsel in Support of the Bill of Costs sought against Plaintiffs Luke and Mendy Degelia, as next friends of J.D., as follows:

| | |
|---|---|
| STATE OF TEXAS | § <br> § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, personally appeared BRIDGET ROBINSON, who being by me duly sworn, deposed as follows:

2.   "My name is Bridget Robinson. I am over 18 years of age, of sound mind, and am capable of and competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit and they are true and correct.

3.   I am an attorney with the law firm of Walsh, Anderson, Gallegos, Green & Treviño, P.C. I am the attorney of record for Defendants in the above-referenced lawsuit.

4.   I have been licensed to practice law in the State of Texas since November 10, 1988. I am a member in good standing with the State Bar of Texas and have never been subject to any disciplinary action by the State Bar of Texas or any grievance committee. I am certified by the Texas

Board of Legal Specialization in the field of civil trial law. I am admitted to practice law in the Northern, Southern, Eastern and Western Districts of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

5. On July 6, 2012, the presiding Honorable Judge signed an Order and entered a Final Judgment in favor of Defendants, taxing all costs against Plaintiffs Luke and Mendy Degelia, as next friends of J.D., a minor. (Docket Entries 62 and 63).

6. Defendants incurred the following costs for fees related to printed or electronically recorded transcripts necessarily obtained for use in the case:

> Certificates of Non-Appearance for the Scheduled Depositions of J.D.
> on February 2, 2012, and of Mendy Degelia and Luke Degelia
> on February 3, 2012:                                                                 $450.00

7. The foregoing costs are allowed by law and in accordance with 28 U.S.C. § 1920. The amounts are correctly stated and were necessarily incurred."

FURTHER, THE AFFIANT SAYETH NOT.

_____
Bridget Robinson, Affiant

SUBSCRIBED AND SWORN TO before me by the aforesaid on this 9th day of July, 2012, to certify which, witness my hand and seal of office.

B. D. WILKS
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-28-2014

_____
NOTARY PUBLIC, in and for
the STATE OF TEXAS

Respectfully submitted,

/s/*Bridget Robinson*
BRIDGET ROBINSON
State Bar No. 17086800

WALSH, ANDERSON, GALLEGOS,
GREEN & TREVIÑO, P.C.
P. O. Box 2156
Austin, TX 78768
Office: 512.454.6864
Fax:    512.467.9318
Email:  brobinson@wabsa.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a true and correct copy of the foregoing pleading was served via electronic transfer on the following CM/ECF participant(s):

Martin Cirkiel
Cirkiel & Associates
1901 Palm Valley Blvd.
Round Rock, TX 78664

Michael Zimmerman
Zimmerman, Cotner, Young, LeJeune and Young, P.C.
3501 W Waco Drive
Waco, TX 76710

/s/*Bridget Robinson*
BRIDGET ROBINSON